*December 21, 1942.*

SENN, Respondent, vs. JOHNSON, Appellant.

For the appellant: *Johnson, Fritschler & Barstow* of Superior.

For the respondent: *Cadigan & Cadigan* of Superior.

*By the Court.*—Judgment affirmed.

*January 12, 1943.*

PIERCE, Respondent, vs. WAUKESHA MOTOR COMPANY and another, Appellants.

For the appellants: *Lockney & Lowry* of Waukesha.

For the respondent: *Jacobson, Malone & Hippenmeyer* of Waukesha.

*By the Court.*—Judgment affirmed.

ESTATE OF STEINDORFF: YATES, Administrator, Appellant, vs. DOAR *et al.*, Respondents.

For the appellant: *Tom L. Yates* of Amery.

For the respondents: *Doar & Knowles* of New Richmond, and *E. Nelton* of Balsam Lake.

*By the Court.*—Order affirmed.